IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE)

Case Number: **08-CV-62086-Zloch-Snow**

| | |
|---|---|
| INNOVATIVE PATENTED TECHNOLOGY, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) JURY DEMAND ) |
| HTC CORPORATION and HTC AMERICA, INC. | ) ) ) ) |
| Defendants. | ) |

FILED by __VT__ D.C.
ELECTRONIC

Dec. 29, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Innovative Patented Technology, LLC complains of defendants HTC Corporation and HTC America, Inc. (collectively "HTC"), as follows:

## NATURE OF ACTION

1.   This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code, including 35 U.S.C. §§ 271, 281 and 284.

## INNOVATIVE PATENTED TECHNOLOGIES AND THE PATENTS-IN-SUIT

2.   Innovative Patented Technology, LLC ("IPT") is a Florida limited liability company with offices in Delray Beach and Fort Lauderdale, Florida.

3.   The patents-in-suit are: United States Patent No. 7,096,187, entitled "Compressed Audio Information" which issued on August 22, 2006 ("the '187 patent"); United States Patent No. 7,260,421 entitled "Communication Device That Communicates Events Using Compressed Audio Information" which

issued on August 21, 2007 ("the '421 patent"); and United States Patent No. 6,738,643 entitled "Telephone Sync" which issued on May 18, 2004 ("the '643 patent").

4. IPT owns all right, title and interest in and, thus, has standing to sue for infringement of the '187, '421 and '643 patents.

## DEFENDANT

5. HTC Corporation is a Taiwanese company. The HTC Corporation Headquarters is located at 23 Xinghua Road, Taoyuan 330, Taiwan. HTC does substantial business in this district and throughout the United States and owns and controls a subsidiary HTC America, Inc., which, likewise, does substantial business in this judicial district and elsewhere in the United States, including the marketing, sale and servicing of cell phones of the type at issue in this case.

## JURISDICTION AND VENUE

6. This Court has exclusive jurisdiction over the subject matter of this case under 28 U.S.C. § 1338(a).

7. HTC is subject to personal jurisdiction in this judicial district because it has transacted business and has committed acts of infringement in this district, at least by making, using, offering to sell, and selling infringing products through its (and its subsidiaries') retailer locations located in this judicial district and through websites that are designed to reach and are, in fact, used by customers in this judicial district.

8. Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(b) because HTC is subject to personal jurisdiction, does business and has committed acts of infringement in this judicial district.

## INFRINGEMENT

9. HTC has directly infringed and is now directly infringing the asserted claims of the '187, '421, and '643 patents through its manufacture, use, sale and/or offer for sale of cellular phones in violation of 35 U.S.C. §271. HTC has also infringed the patents in suit by knowingly and actively inducing others to infringe, and by contributing to the infringement of others by the manufacture, use, sale, importation and/or offer for sale of its cellular phones.

10. Specifically, HTC's manufacture, use, sale and/or offer for sale of its cellular phone models, including, but not limited to the HTC Touch Dual constitutes infringement of at least claims 13, 15, 16 and 17 of the '187 patent; claims 1, 3, and 9 of the '421 patent; and claim 7 of the '643 patent. Such infringing activities have occurred at least through the operation of stores selling HTC cellular telephones and through HTC websites (see, e.g., http://www.htc.com).

11. These direct acts of infringement by HTC as set forth above have also occurred in this judicial district. They include HTC offering for sale and selling its cellular telephones at retailers located in this judicial district, such as the Best Buy location at 2829 North Federal Highway, Fort Lauderdale, Florida, 33306 and the Circuit City location at 1700 North Federal Highway, Fort

3 of 8

BERGER SINGERMAN    Boca 3 Raton   Fort Lauderdale   Miami   Tallahassee
attorneys at law
350 East Las Olas Boulevard   Suite 1000   Fort Lauderdale, Florida 33301   Telephone 954-525-9900   Facsimile 954-523-2872

Lauderdale, Florida, 33305. The selling of HTC's cellular telephones has also occurred through HTC's websites that reach customers in this district.

12. HTC is also inducing third parties to infringe the '187, '421 and '643 patents. These third parties include: Best Buy, Circuit City, HTC website users, and service providers/retailers that offer plans compatible with HTC cellular telephones and sell HTC cellular telephones including: AT&T, Sprint, T-Mobile, and Verizon. HTC is inducing such acts of infringement and/or contributing to the infringement of others by, among other activities, providing third parties with instructions on how to make, use, sell, and offer to sell HTC cellular telephones as defined in at least claims 13, 15, 16 and 17 of the '187 patent; claims 1, 3, and 9 of the '421 patent; and claim 7 of the '643 patent.

13. Accordingly, IPT is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

14. HTC's infringement, contributory infringement and inducement to infringe has caused irreparable harm to IPT, who has no adequate remedy at law, and will continue to injure IPT, unless and until this Court enters an injunction prohibiting further infringement of the '187, '421, and '643 patents.

15. IPT has complied with the requirements of 35 U.S.C. §287.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff, Innovative Patented Technology, LLC, respectfully requests this Court enter judgment against HTC, and against its subsidiaries, successors, parents, affiliates, officers, directors, agents, servants,

4 of 8

BERGER SINGERMAN    Boca Raton   Fort Lauderdale   Miami   Tallahassee
attorneys at law
350 East Las Olas Boulevard   Suite 1000   Fort Lauderdale, Florida 33301   Telephone 954·525·9900   Facsimile 954·523·2872

employees, and all persons in active concert or participation with them, granting the following relief:

    A.    The entry of judgment in favor of IPT and against HTC;

    B.    An award of damages adequate to compensate IPT for the infringement that has occurred (together with prejudgment interest from the date the infringement began), but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284;

    C.    A finding that this case is exceptional and an award to IPT of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

    D.    A permanent injunction prohibiting further infringement, inducement of infringement and/or contributory infringement of the '187, '421, and '643 patents; and,

    E.    Such other relief that IPT is entitled to under law and any other relief that this Court or a jury may deem just and proper.

## JURY DEMAND

IPT demands a trial by jury on all issues presented in this complaint.

BERGER SINGERMAN
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872

By: _____
Charles H. Lichtman
Fla. Bar No. 501050
clichtman@bergersingerman.com

-and-

NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
Telephone: (312) 236-0733
Facsimile: (312) 236-3137
Raymond P. Niro
Fla. Bar No. 0014584
rniro@nshn.com

Attorneys for INNOVATIVE PATENTED
TECHNOLOGY, LLC.

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS<br>Innovative Patented Technology, LLC | DEFENDANTS<br>HTC America, Inc. |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Palm Beach County**<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Charles Lichtman, Berger Singerman, 350 East Las Olas Boulevard, Ste. 100, Fort Lauderdale, Florida 33301 (Phone: 954-525-9900) | ATTORNEYS (IF KNOWN)<br>*0:08CV62086-ZLOCH-LSS* (handwritten) |

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>B [ ] 152 Recovery of Defaulted Student Loans (Encl. Veterans)<br>B [ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability | PERSONAL INJURY<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury | PERSONAL INJURY<br>[ ] 362 Personal Injury Med Malpractice<br>[ ] 365 Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>PERSONAL PROPERTY<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 610 Agriculture<br>[ ] 620 Other Food & Drug<br>[ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 630 Liquor Laws<br>[ ] 640 R R & Truck<br>[ ] 650 Airline Regs.<br>[ ] 660 Occupational Safety/Health<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**A PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[X] 830 Patent<br>[ ] 840 Trademark | [ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>B [ ] 450 Commerce/ICC Rates/etc.<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 810 Selective Service<br>[ ] 850 Securities/Commodities/Exchange<br>[ ] 875 Customer Challenge 12 USC 3401 |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Mgmt. Relations<br>[ ] 730 Labor/Mgmt Reporting & Disclosure Act<br>[ ] 740 Railway Labor Act<br>[ ] 790 Other Labor Litigation<br>A [ ] 791 Empl. Rel. Inc. Security Act | **B SOCIAL SECURITY**<br>[ ] 861 HIA 1395(f)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVII<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>A [ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>A [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 891 Agricultural Acts<br>[ ] 892 Economic Stabilization Act<br>[ ] 893 Environmental Matters<br>[ ] 894 Energy Allocation Act<br>[ ] 895 Freedom of Information Act<br>[ ] 900 Appeal of Fee Determination Under Equal Access to Justice<br>[ ] 950 Constitutionality of State Statutes<br>[ ] 890 Other Statutory Actions<br>A OR B |
| [ ] 210 Land\ Condemnation<br>B [ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing<br>[ ] 444 Welfare<br>[ ] 440 Other Civil Rights | B [ ] 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>B [ ] 530 General<br>A [ ] 535 Death Penalty<br>B [ ] 540 Mandamus & Other<br>B [ ] 550 Civil Rights<br>B [ ] 555 Prison Condition | | | |

1868102-1

JS 44
(Rev. 12/96)

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Title 35 of the United States Code, including 35 U.S.C. 271, 281 and 284.

LENGTH OF TRIAL
via ____ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ⁱCHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     DEMAND $ _____  CHECK YES only if demanded in complaint: JURY DEMAND: ⁱ YES

**VIII. RELATED CASE(S) IF ANY** (See instructions)    JUDGE _____ DOCKET NUMBER _____

DATE    SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # 545061 AMOUNT 350 00  APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

1868102-1